AO 442 (Rev 11/11) Arrest Warrant

967020|

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Aroldo Rigoberto Castillo-Serrano,<br>aka Bruno Lopez-Zalas<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. **3:15CR024**<br><br>JUDGE CARR |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Aroldo Rigoberto Castillo-Serrano, aka Bruno Lopez-Zalas

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

8:1324(a)(1)(A)(v)(II)-Aiding and Abetting the Transporting and Harboring of Aliens

Date:    01/14/2015

*Issuing officer's signature*

City and state:    Cleveland, Ohio

William H. Baughman, Jr., U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/14/15, and the person was arrested on *(date)* 1/14/15
at *(city and state)* Cleveland

Date: 1/15/15

B Bolan
*Arresting officer's signature*

B Bolan, DUSM
*Printed name and title*