IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | ) | Case No. 3:15CR0024 |
| | ) | |
| Plaintiff. | ) | |
| | ) | JUDGE JAMES G. CARR |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | MOTION TO EXTEND TIME |
| ANA ANGELICA PEDRO JUAN, | ) | TIME TO FILE PRE-TRIAL MOTIONS |
| aka JUANITA aka ERICA MAISONET | ) | |
| Defendant | ) | |
| | ) | |

    Now comes defendant, Ana Angelica Pedro Juan, by and through undersigned counsel, and hereby moves this court to extend the filing period to file pre-trial motions until January 11, 2016.

Counsel states that due to the nature of the prosecution and anticipated voluminous discovery additional time is need to properly prepare for the filing of pre-trial motions. The United States Attorney's Office does not oppose this extension of time.

Wherefore, defendant moves this court to extend the time to file pre-trial motions until January 11, 2016.

                                  Respectfully submitted,

                                  /s/ Merle R. Dech, Jr.
                                  Merle R. Dech, Jr. (0055835)
                                  610 Adams Street, 2nd Floor
                                  Toledo, Ohio 43604
                                  TEL:  (419) 241-5506

                                                    FAX: (419) 242-3442
                                                     mdechesq@hotmail.com
                                                       Attorney for Defendant

Date: December 8, 2015

<u>CERTIFICATE OF SERVICE</u>

      This is to certify that this foregoing motion was electronically filed on December 8, 2015 and served by electronic filing.

                                                                      /s/ Merle R. Dech, Jr.